IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY D. JOHNSON,

    Petitioner,           No. CIV S-04-0246 GEB JFM P

    vs.

D.L. RUNNELS, et al.,

    Respondents.      <u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On November 15, 2004, petitioner filed a motion for a court order requiring prison officials to mail copies of documents filed in this action to respondents. Pursuant to court order, respondents have filed a response to the motion in which they state, <u>inter alia</u>, that it is the policy of Avenal State Prison (Avenal), where petitioner is incarcerated, to provide postage throughout an entire case for envelopes addressed to the California Attorney General's Office. Counsel for respondents also represents that in January, 2005 the litigation coordinator at Avenal stated that he would remind the mailroom sergeant at Avenal of the applicable operating procedure. In response, petitioner contends that officials at Avenal have continued to deny inmates postage.

        The policy at Avenal is consistent with the relief requested by petitioner herein. Should breaches of that policy occur, petitioner's remedy lies first with the prison's internal

1 grievance procedure, not an order from this court. For this reason, petitioner's motion will be
2 denied.
3         In accordance with the above, IT IS HEREBY ORDERED that petitioner's
4 November 15, 2004 motion is denied.
5 DATED: May 31, 2005.

                                                    UNITED STATES MAGISTRATE JUDGE

12
john0246.o2