IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY D. JOHNSON,

    Petitioner,               2:04-cv-0246-GEB-JFM-P

  vs.

D. L. RUNNELS, et al.,

    Respondents.       <u>ORDER</u>

_____/

      On September 9, 2005, petitioner filed a motion for reconsideration of the magistrate judge's order filed August 26, 2005, directing respondents to file a motion for dismiss this action for lack of jurisdiction.  Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law."  Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

| | |
|---|---|
| 1 | Therefore, IT IS HEREBY ORDERED that, upon |
| 2 | reconsideration, the order of the magistrate judge filed |
| 3 | August 26, 2005, is affirmed. |
| 4 | Dated:  September 28, 2005 |

<u>/s/ Garland E. Burrell, Jr.</u>
GARLAND E. BURRELL, JR.
United States District Judge