IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY D. JOHNSON,

    Petitioner,                        No. CIV S-04-0246 GEB JFM P

    vs.

D. L. RUNNELS, et al.,                   ORDER

    Respondents

_____/

        Petitioner is a state prisoner proceeding pro se with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to this court's August 26, 2005 order, respondents have filed a motion to dismiss this action and noticed said motion for hearing on this court's December 8, 2005 law and motion calendar. Good cause appearing, the hearing will be taken off calendar. The court will, by this order, set a briefing schedule for the motion, which will thereafter be taken under submission on the papers without oral argument.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. The hearing on respondents' September 23, 2005 motion to dismiss, set for December 8, 2005 is dropped from calendar;

        2. Within thirty days from the date of this order, petitioner shall file and serve a response to respondents' motion to dismiss;

3. Respondents' reply, if any, shall be filed and served not later than ten days after service of petitioner's response to the motion; and

4. Thereafter the motion will be taken under submission on the papers without oral argument.

DATED: October 11, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

12
john0246.mtd2