IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY D. JOHNSON,

    Petitioner,                     No. CIV S-04-0246 GEB JFM P

    vs.

D. L. RUNNELS, et al.,

    Respondents.                ORDER

_____/

        Petitioner is a state prisoner proceeding through counsel with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner challenges an April 2001 decision of the California Board of Prison Terms (Board) to deny petitioner a parole date. On September 23, 2005, respondents filed a motion to dismiss this action. Respondents' motion was predicated on Sass v. California Board of Prison Terms, 376 F.Supp.2d 975 (E.D.Cal. 2005), rev'd, 481 F.3d 1123 (9th Cir. 2006). By order filed July 26, 2006, respondents were directed to, within thirty days from the date of a decision by the United States Court of Appeals for the Ninth Circuit in Sass, file, as appropriate, either a renewed motion to dismiss or an answer to the petition. The court of appeals issued its decision in Sass on August 31, 2006 and respondents have not filed anything further in this action. Review of the record shows that both an answer and a traverse

/////

1

were filed in 2004, and given the decision of the court of appeals in <u>Sass</u> a renewed motion to dismiss would not be proper.

Accordingly, good cause appearing, IT IS HEREBY ORDERED that the matter is submitted.

DATED: January 3, 2007.

UNITED STATES MAGISTRATE JUDGE

12

john0246.sub